# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 499 |
| | : | |
| AMENDMENT OF RULES 706 | : | JUDICIAL ADMINISTRATION DOCKET |
| AND 1901 OF THE RULES OF | : | |
| JUDICIAL ADMINISTRATION | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of June, 2018, it is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rule 706 and Rule 1901 of the Rules of Judicial Administration are amended in the attached form.

    To the extent that notice of proposed rulemaking would otherwise be required by Pa. R.J.A. No. 103, the immediate promulgation of the amendments is found to be in the interests of justice and efficient administration.

    This Order shall be processed in accordance with Pa. R.J.A. No. 103(b), and the amendments herein shall be effective immediately.

Additions are **bolded** and are underlined.

Deletions are **bolded** and are [bracketed].